The People of the State of Illinois, Defendant in Error, v. William Wilkerson, Plaintiff in Error.

JUDICIAL NOTICE—*of what not taken.* Judicial notice is not taken of the municipal location of streets.

Error to the County Court of Champaign county; the Hon. THOMAS J. ROTH, Judge, presiding. Heard in this court at the November term, 1910. Reversed and remanded. Opinion filed May 26, 1911.

W. G. SPURGIN, for plaintiff in error.

F. A. COGGESHALL, for defendant in error; ROGER F. LITTLE, of counsel.

MR. JUSTICE BAUME delivered the opinion of the court.

Plaintiff in error was convicted of the offense of selling intoxicating liquor in the town of Champaign, the same being alleged to be anti-saloon territory, and was sentenced to pay a fine of $50.

The judgment must be reversed because of the absence of any proof in the record that the alleged sale of intoxicating liquor was made in the town of Champaign.

The insistence of counsel for defendant in error that the court will take judicial notice that the corner of Main and Walnut streets in the city of Champaign is within the territorial limits of the town of Champaign is not tenable. In Gunning v. The People, 189 Ill. 165, it was held that the court would not take judicial notice that certain streets mentioned in the record were in the city of Chicago.

The judgment is reversed and the cause remanded.

*Reversed and remanded.*